WILLIAM BRINKERHOFF, as Executor and Trustee under the Will of GEORGE J. SEABURY, Deceased, Respondent, v. NORMAN S. GREEN et al., Appellants.

*Brinkerhoff* v. *Seabury*, 137 App. Div. 916, affirmed.
(Argued January 23, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1910, which affirmed a judgment of Special Term construing the will of George J. Seabury, deceased.

*Mortimer W. Byers* for appellants.

*Charles D. Ridgway* for respondent.

Judgment affirmed, with costs to both parties, payable out the estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.